IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20–33–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| LISA ELIZABETH CAUDRON, | |
| Defendant. | |

Before the Court is Defendant Lisa Elizabeth Caudron's Motion to Change Plea Pursuant to a Plea Agreement. (Doc. 74.) This order refers the motion to Magistrate Judge Timothy J. Cavan. The Ninth Circuit joined every other circuit in holding that magistrate judges can take guilty pleas, with consent, under 28 U.S.C. § 636(b)(3). *United States v. Reyna-Tapia*, 328 F.3d 114, 1119 (9th Cir. 2003).

Accordingly, IT IS ORDERED that Judge Cavan shall conduct the plea hearing, provided the parties consent. The hearing will be set by separate order from Judge Cavan.

IT IS FURTHER ORDERED that all other pending motions are DENIED as moot. Pending deadlines and the jury trial set for May 17, 2021 are VACATED.

DATED this 6th day of May, 2021.

/s/ Dana L. Christensen

Dana L. Christensen, District Judge
United States District Court