IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LISA ELIZABETH CAUDRON, <br><br> Defendant. | CR 20–33–BLG–DLC <br><br><br> ORDER |

United States Magistrate Judge Timothy J. Cavan entered his Findings and Recommendation on May 18, 2021. (Doc. 83.) As neither party objected, they are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Therefore, the Court reviews the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Cavan recommends that the Court accept Defendant Lisa Elizabeth Caudron's guilty plea after she appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered a plea of guilty to Count II of the Indictment,

which charges possession of methamphetamine with intent to distribute, in violation of 21 U.S.C. § 841(a)(1).

Finding no clear error, IT IS ORDERED that the Court ADOPTS the Findings and Recommendation (Doc. 83) IN FULL.

IT IS FURTHER ORDERED that Lisa Elizabeth Caudron's motion to change plea (Doc. 74) is GRANTED, and Lisa Elizabeth Caudron is adjudged guilty as charged in Count II of the Indictment.

DATED this 2nd day of June, 2021.

*Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court